**RECEIVED**

NOV 1 0 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE/OPELOUSAS DIVISION

| | |
|---|---|
| BUCKHORN PARTNERS, LLC | CIVIL ACTION NO. 09-00238 LEAD<br>09-00467 MEMBER |
| VERSUS | JUDGE: REBECCA DOHERTY |
| TAYLORS INTERNATIONAL SERVICES, INC., AND TAYLORS INTERNATIONAL SERVICES, LTD. | MAGISTRATE JUDGE HILL |

## ORDER

The "Joint Motion to Issue New Scheduling Order and to Reset Deadlines" [Doc. 87] is hereby GRANTED IN PART and DEFERRED IN PART: the motion is granted to the extent it seeks a modification of the deadlines contained in the Scheduling Order issued in this matter; the motion is deferred to the extent it seeks a six month extension of those deadlines. Rather than this Court arbitrarily resetting the deadlines in this matter, the parties are hereby ORDERED to contact Magistrate Judge Hill within seven (7) days of receipt of this Order to schedule a Rule 16 conference for the purpose of creating a case specific Scheduling Order in this matter. Additionally, at the Rule 16 conference, the Magistrate Judge is requested to address whether or not the current trial setting is realistic in light of the progress made in this matter thus far. Should it be determined that the trial of this matter should be reset, the following dates are available: October 3, 2011, December 5, 2011 and February 6, 2012.

THUS DONE AND SIGNED this __10__ day of November, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE